454 A.2d 159

Richberg, Jr. v. Richberg, Appellant.

Petition for Allowance of Appeal
Denied March 1, 1983.

Submitted September 28, 1982. S. Fineman, for appellant; Paul A. Liebman, for appellee.

Before SPAETH, WICKERSHAM and CIRILLO, JJ.

Judgment affirmed.

SPAETH, J., concurred in the result.

454 A.2d 159

Sisman, Appellant v. Sisman.

Argued September 29, 1982. John T. Dooley, for appellant; Robert John, for appellee.

Before SPAETH, WICKERSHAM and CIRILLO, JJ.

Order affirmed.